UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
AMADOR NURSERY & DESIGN,
    Debtor(s),                                                No. 06-12177-s7

### REPORT TO THE COURT OF UNCLAIMED FUNDS
### TO BE DEPOSITED INTO THE COURT REGISTRY

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $139.12 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

| Claimant: | Claim No.: | Amount: |
|---|---|---|
| Dave Wilson Nursery, Inc.<br>c/o Fores Macko<br>801 – 10th St., 5th Flr.<br>Modesto, CA 95354 | 5 | $45.94 |
| L&L Nursery Inc.<br>c/o Atty Allan D. Sarver<br>16633 Ventura Blvd. NE #600<br>Encino, CA 91436 | 10 | $93.18 |

Filed electronically
Philip J. Montoya
Chapter 7 Trustee
P.O. Box 159
Albuquerque, NM 87103
Tel: (505) 244-1152
Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to ustpregion20.aq.ecf@usdoj.gov this 13th day of June, 2011.

Filed electronically
Philip J. Montoya